**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 21-80204-CR-CANNON**

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**JOSE ANDRES PEREZ**,

Defendant.

_________________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 60]. On March 24, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 57] during which Defendant pled guilty to Counts One and Two of the Indictment [ECF No. 11] pursuant to a written plea agreement and factual proffer [ECF No. 58]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts One and Two of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Counts One and Two of the Indictment [ECF No. 60]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 60] is **AFFIRMED AND ADOPTED**.
2. The guilty plea entered into by Defendant Jose Andres Perez to Counts One and Two of the Indictment is **ACCEPTED**.

3. Defendant Jose Andres Perez is adjudicated guilty of Counts One and Two of the Indictment, which charges him in both counts with alien smuggling for profit, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii). In exchange for the Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Count Three against the Defendant at sentencing [ECF No. 58 ¶ 2]

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 12th day of April 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record